

FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| WILLIAM BAUMGART, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>CREDIT SUISSE FIRST BOSTON (USA), INC.,<br><br>      Defendant. | CV 03-01108 TJH (SHx)<br><br><br><br>Order |

The Court has considered Defendant's motions to compel arbitration and dismiss the declaratory relief action and Plaintiffs' motion for summary judgment, together with the moving and opposing papers.

**It is Ordered** that Defendant's motion to compel arbitration as to Plaintiff Jeffery Raich be, and hereby is, **Denied**.

. . . . . .

DOCKETED ON CM
JAN 20 2004
BY _____ 002

36

Order - Page 1 of 2

1  **It is further Ordered** that Defendant's motion to compel arbitration as to Plaintiffs William Baumgart, Todd Bomberg, Amy Fujimoto, Scott Honour, Navid Mahmoodzadegan, Burke Smith and Craig Wadler be, and hereby is, **Granted**.

**It is further Ordered** that Defendant's motion to dismiss the declaratory relief action as to Plaintiff Jeffery Raich be, and hereby is, **Denied**.

**It is further Ordered** that Defendant's motion to dismiss the declaratory relief action as to Plaintiffs William Baumgart, Todd Bomberg, Amy Fujimoto, Scott Honour, Navid Mahmoodzadegan, Burke Smith and Craig Wadler be, and hereby is, **Granted**.

**It is further Ordered** that Plaintiffs' motion for summary judgment as to Plaintiff Jeffery Raich be, and hereby is, **Granted**.

**It is further Ordered** that Plaintiffs' motion for summary judgment as to Plaintiffs William Baumgart, Todd Bomberg, Amy Fujimoto, Scott Honour, Navid Mahmoodzadegan, Burke Smith and Craig Wadler be, and hereby is, **Denied**.

Date:   January 16, 2004

_____
Terry J. Hatter, Jr.
United States District Judge